IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>JONATHAN DEAN SCHELLING,<br><br>　　　　　　　Defendant. | 4:23CR3109<br><br>ORDER |

Defendant has moved to continue the pretrial motion deadline by one day (Filing No. 24). The motion to continue is unopposed. Based on the showing set forth in the motion, the court finds the motion should be granted. Accordingly,

IT IS ORDERED:

1) Defendant's motion to continue, (Filing No. 24), is granted.

2) Pretrial motions and briefs shall be filed on or before January 24, 2024.

3) The conference call previously scheduled to be held on January 30, 2024 at 11:00 AM will remain as scheduled to discuss setting any pretrial motion hearing needed, a change of plea hearing, or the date of the jury trial and deadlines for disclosing experts as required under Rule 16. Counsel for all parties shall use the conferencing instructions provided by the court to participate in the call.

4) As previously ordered, the time between today's date and January 30, 2024 shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, as this case was deemed "unusual and complex," and continues to be exempted from the time restrictions of the Speedy Trial Act, 18 U.S.C. § 3161 (h)(7)(B)(ii). Failing to timely object to this order as provided under this court's local rules will be deemed a waiver of any right to later claim the time should not have been excluded under the Speedy Trial Act.

Dated this 24th day of January, 2024.

                                              BY THE COURT:

                                              <u>*s/ Jacqueline M. DeLuca*</u>
                                              United States Magistrate Judge