IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>JONATHAN DEAN SCHELLING,<br><br>　　　　　　　Defendant. | 4:23CR3109<br><br><br>ORDER |

Defendant has moved to continue the deadline to object to the Magistrate Judge's findings and recommendations (Filing No.100), because Defendant needs additional time to submit an objection. The motion to continue is unopposed. Based on the showing set forth in the motion, the court finds good cause has been shown and the motion should be granted. Accordingly,

IT IS ORDERED:

1)　　Defendant's motion to continue, (Filing No. 100), is granted.

2)　　Any Objection to the Magistrate Judge's Findings and Recommendations shall be filed on or before March 21, 2025.

3)　　In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between today's date and on March 21, 2025, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv). Failing to timely object to this order as provided under this court's local rules will be deemed a waiver of any right to later claim the time should not have been excluded under the Speedy Trial Act.

Dated this 20th day of March, 2025.

BY THE COURT:

s/ Jacqueline M. DeLuca
United States Magistrate Judge